## BRODY, O'CONNOR & O'CONNOR, ESQS.
### ATTORNEYS AT LAW
### 7 BAYVIEW AVENUE
### NORTHPORT, NEW YORK 11768

SCOTT A. BRODY♦
THOMAS M. O'CONNOR★
PATRICIA A. O'CONNOR
AISHA K. BROSNAN
JONATHAN F. BANKS
MAGDALENE SKOUNTZOS†
ADAM FRANK
PATRICK M. CARUANA†
RICHARD HARMS
BRADY O'MALLEY

TANYA M. DeMAIO
THOMAS S. REILLY
JOHN R. PETROWSKI
MICHAEL FEINER
NISHI RAJAN
JOSEPH T. O'CONNOR
MICHAEL J. BURKE★
ANN MARIE KADOO

(631) 261-7778
Fax (631) 261-6411

New York Office:

535 Eighth Avenue
19th Floor
New York, New York 10018
(212) 233-2505
(212) 233-2506 - Fax

OF COUNSEL
CRAIG J. TORTORA
ROBERT C. POLIZZO, JR.
RICHARD SHERIDAN

♦ Also Admitted to Florida Bar
★ Also Admitted to Connecticut Bar
† Also Admitted to New Jersey Bar

**MEMO ENDORSED**

May 13, 2022

Honorable Magistrate Judge Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:   **ANDERSON v. WAL-MART STORES EAST, LP.**
      Docket No.: 21CV08996
      Our File No.: WM 21-362 TO

Honorable Sir:

Please accept this letter as the parties joint application to remand this matter back to the New York State Supreme Court, Orange County. The action by plaintiff was originally commenced in that court. During initial discovery plaintiff's attorney served a response to Walmart's CPLR 3017 Demand (amount in controversy) wherein the damages alleged exceeded $75,000. As a result, Walmart removed the case to the Federal District Court, Southern District of New York. The basis for the removal was the diversity of the parties and that the amount in controversy exceeded the jurisdictional limits of the federal court. In assessing the file, plaintiff's attorney has made a determination that the amount in controversy is not in excess of $75,000. Plaintiff's attorney has executed a stipulation capping plaintiff's potential recovery at $74,999.99 (see stipulation attached). Since the amount in controversy does not meet the jurisdictional limits of the court, the parties respectfully request that the case be remanded back to state court.

Thank you for your courtesy herein.

*BRODY, O'CONNOR & O'CONNOR, ESQS.*
*May 13, 2022*
*Page 2*

Respectfully Submitted,

BRODY, O'CONNOR & O'CONNOR, ESQS.

By: Thomas M. O'Connor

**Granted. The case is to be remanded.**

**Date: 5/16/22**

SO ORDERED

KENNETH M. KARAS U.S.D.J.

WM 21-362 TO
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
-----------------------------------------------------------------X
DEBRA ANDERSON,

Index No.: EF002331/2021

Plaintiff,

**STIPULATION**

-against-

WALMART STORES EAST, LP.

Defendants.
-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the plaintiff's damages in this action are capped at $74,999.99.

Dated: May 11, 2022

_____
BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendants
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

_____
SOBO & SOBO, LLP
Attorneys for Plaintiff
One Dolson Avenue
Middletown, New York 10940
(845) 343-7626